# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

131764 & (23)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHAEL YOUNG,
        Plaintiff-Appellee,

v

NATIONWIDE INSURANCE COMPANY
OF AMERICA,
        Defendant-Appellant.

SC: 131764
COA: 269187
Washtenaw CC: 04-001292-NF

_____/

       On order of the Court, the application for leave to appeal the June 29, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court. The motion for stay of proceedings is DENIED.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk

p0918